UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

Civil Action No.  1:04-cv-11663-RCL

| | |
|---|---|
| DIANE HARRINGTON, On Behalf of Herself and All Others Similarly Situated,<br>    Plaintiff, | )<br>)<br>)<br>) |
| v. | )<br>) |
| BAYSTATE MEDICAL CENTER,<br>BAYSTATE HEALTH SYSTEM, INC.,<br>AMERICAN HOSPITAL ASSOCIATION, and<br>JOHN DOES 1 THROUGH 10<br>    Defendants | )<br>)<br>)<br>)<br>) |

## NOTICE OF APPEARANCES

  Please enter our appearances as attorneys for defendants Baystate Medical Center, Inc. and Baystate Health System, Inc. in the captioned action.

             /s/ Francis D. Dibble, Jr.
             Francis D. Dibble, Jr.
              BBO No. 123220
             Bulkley, Richardson and Gelinas, LLP
             1500 Main Street, Suite 2700
             Springfield, MA  01115
             Tel.:  (413) 781-2820
             Fax:  (413) 272-6804

             /s/ J. Michael Scully
             J. Michael Scully
              BBO No. 555460
             Bulkley, Richardson and Gelinas, LLP
             1500 Main Street, Suite 2700
             Springfield, MA  01115
             Tel.:  (413) 781-2820
             Fax:  (413) 747-0770

          /s/ Carol E. Kamm
          Carol E. Kamm
           BBO No. 559252
          Bulkley, Richardson and Gelinas, LLP
          One Post Office Square, Suite 3700
          Boston, MA  02109
          Tel.:  (617) 368-2500
          Fax:  (617) 368-2525

Dated:  July 30, 2004