UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

Civil Action No. 1:04-cv-11663-RCL

| | |
|---|---|
| DIANE HARRINGTON, On Behalf of Herself and All Others Similarly Situated, <br> Plaintiff, <br><br> v. <br><br> BAYSTATE MEDICAL CENTER, BAYSTATE HEALTH SYSTEM, INC., AMERICAN HOSPITAL ASSOCIATION, and JOHN DOES 1 THROUGH 10 <br> Defendants | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## NOTICE OF APPEARANCE

Please enter my appearance as attorney for defendants Baystate Medical Center, Inc. and Baystate Health System, Inc. in the captioned action.

/s/ Carol E. Kamm
Carol E. Kamm
 BBO No. 559252
Bulkley, Richardson and Gelinas, LLP
One Post Office Square, Suite 3700
Boston, MA  02109
Tel.:  (617) 368-2500
Fax:  (617 368-2525

Dated:  August 3, 2004

### CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by electronic and first class mail on August 3, 2004.

/s/ Carol E. Kamm
Carol E. Kamm