UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

Civil Action No. 1:04-cv-11663-RCL

| | |
|---|---|
| DIANE HARRINGTON, On Behalf of Herself and All Others Similarly Situated, Plaintiff, | ) ) ) ) |
| v. | ) ) |
| BAYSTATE MEDICAL CENTER, BAYSTATE HEALTH SYSTEM, INC., AMERICAN HOSPITAL ASSOCIATION, and JOHN DOES 1 THROUGH 10 Defendants | ) ) ) ) ) |

## NOTICE OF APPEARANCE

Please enter my appearance as attorney for defendants Baystate Medical Center, Inc. and Baystate Health System, Inc. in the captioned action.

/s/ J. Michael Scully
J. Michael Scully
 BBO No. 555460
Bulkley, Richardson and Gelinas, LLP
1500 Main Street, Suite 2700
Springfield, MA  01115
Tel.:  (413) 781-2820
Fax:  (413) 747-0770

Dated:  Augusts 4, 2004

275840-1