UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

Civil Action No. 04-CV-11663 RCL

| | |
|---|---|
| DIANE HARRINGTON, On Behalf of Herself and All Others Similarly Situated, <br>         Plaintiff, <br><br> v. <br><br> BAYSTATE MEDICAL CENTER, <br> BAYSTATE HEALTH SYSTEM, INC., <br> AMERICAN HOSPITAL ASSOCIATION, and <br> JOHN DOES 1 THROUGH 10 <br>         Defendants | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Local Rule 7.3, defendants Baystate Medical Center, Inc. ("BMC") and Baystate Health System, Inc. ("BHS") hereby disclose the following: BMC and BHS are Massachusetts nonprofit corporations. BHS is the sole member of BMC.

Respectfully Submitted,

The Defendants,
BAYSTATE MEDICAL CENTER, INC.
and BAYSTATE HEALTH SYSTEM, INC.
By their Attorneys,

/s/ Francis D. Dibble, Jr.
Francis D. Dibble, Jr.
BBO No. 123220
J. Michael Scully
BBO No. 555460
Bulkley, Richardson and Gelinas, LLP
1500 Main Street, Suite 2700
Springfield, MA 01115
(413) 781-2820 (telephone)
(413) 272-6804 (fax)

                                      Carol E. Kamm
                                      BBO No. 559252
                                      Bulkley, Richardson and Gelinas, LLP
                                      One Post Office Square, Suite 3700
                                      Boston, MA  02109
                                      (617) 368-2500 (telephone)
                                      (617) 368-2525 (fax)

Dated:  August 4, 2004