UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

Civil Action No. 1:04-cv-11663-RCL

| | |
|---|---|
| DIANE HARRINGTON, On Behalf of Herself and All Others Similarly Situated,<br>        Plaintiff,<br><br>v.<br><br>BAYSTATE MEDICAL CENTER,<br>BAYSTATE HEALTH SYSTEM, INC.,<br>AMERICAN HOSPITAL ASSOCIATION, and<br>JOHN DOES 1 THROUGH 10<br>        Defendants | MOTION OF DEFENDANTS BAYSTATE MEDICAL CENTER, INC. AND BAYSTATE HEALTH SYSTEM, INC. TO FILE MEMORANDUM IN EXCESS OF TWENTY PAGES<br><br>**SPECIAL ACTION REQUESTED** |

      Pursuant to Local Rule 7.1(B)(4), defendants Baystate Medical Center, Inc. ("BMC") and Baystate Health System, Inc. ("BHS") hereby move for leave to file a joint memorandum of no more than thirty pages in length in support of a motion to dismiss that BMC and BHS intend to file in this matter on September 9, 2004. The grounds for the present motion are that plaintiff's Complaint-Class Action ("Complaint") in this matter is forty-one pages long and contains twelve counts, including counts for breach of contract, and violations of M.G.L. c. 93A, the Emergency Medical Treatment and Active Labor Act, and the Fair Debt Collection Practices Act. BMC and BHS need the pages in excess of twenty to set forth adequately the legal basis for BMC's and BHS's arguments that the various claims asserted in the Complaint fail to state claims upon which relief can be granted. BMC and BHS believe that a memorandum of such additional length will be of assistance to the Court.

      Moreover, because the motion to dismiss is due to be filed on September 9, 2004, BMC and BHS, pursuant to Local Rule 5.1(c), respectfully request special action on this motion and ask that it be ruled upon as soon as possible.

                Respectfully submitted,

                The Defendants
                Baystate Medical Center, Inc.
                and Baystate Health System, Inc.
                By Their Attorneys:


                /s/  J. Michael Scully
                Francis D. Dibble, Jr.
                  BBO No. 123220
                J. Michael Scully
                  BBO No. 555460
                Carol E. Kamm
                  BBO No. 559252
                Bulkley, Richardson and Gelinas, LLP
                1500 Main Street, Suite 2700
                Springfield, MA  01115
                Tel.:  (413) 781-2820
                Fax:  (413) 272-6804

Dated:  September 7, 2004

## Certificate of Conference

     I, J. Michael Scully, attorney for defendants Baystate Medical Center, Inc. and Baystate Health System, Inc. in this matter, hereby certify that, pursuant to Local Rule 7.1(A)(2), I attempted to confer with plaintiff's counsel regarding this motion by calling him on September 3, 2004 and leaving him a voice-mail message summarizing my request, by faxing him a draft of this motion on September 3, 2004, and by calling him again on September 7, 2004.  However, because I have not yet heard back from plaintiff's counsel and because the motion to dismiss is due on September 9, 2004, I was not able to confer further with plaintiff's counsel before filing this motion.

                /s/  J. Michael Scully
                J. Michael Scully

278111