UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

Civil Action No. 1:04-cv-11663-RCL

| | |
|---|---|
| DIANE HARRINGTON, On Behalf of ) <br> Herself and All Others Similarly Situated, ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> BAYSTATE MEDICAL CENTER, ) <br> BAYSTATE HEALTH SYSTEM, INC., ) <br> AMERICAN HOSPITAL ASSOCIATION, and ) <br> JOHN DOES 1 THROUGH 10 ) <br> Defendants ) | STIPULATION OF <br> WITHDRAWAL OF <br> MOTION OF DEFENDANTS <br> BAYSTATE MEDICAL CENTER, <br> INC. AND BAYSTATE HEALTH <br> SYSTEM, INC. TO FILE <br> MEMORANDUM IN EXCESS OF <br> TWENTY PAGES |

Pursuant to Local Rule 7.1(B)(4), defendants Baystate Medical Center, Inc. ("BMC") and Baystate Health System, Inc. ("BHS") hereby withdraw their Motion of Defendants Baystate Medical Center, Inc. and Baystate Health System, Inc. to File Memorandum in Excess of Twenty Pages ("Motion to Exceed Twenty Pages"), which was filed with the Court on September 7, 2004. As grounds for this withdrawal, BHS and BMC state that they no longer need to go beyond the twenty-page page limit set forth in Local Rule 7.1(B)(4). BMC and BHS have filed, or will file, a memorandum in support of their Motion to Dismiss that does not exceed twenty

pages. Therefore, BMC and BHS withdraw their Motion to Exceed Twenty Pages.

        Respectfully submitted,

        The Defendants
        Baystate Medical Center, Inc.
        and Baystate Health System, Inc.
        By Their Attorneys:

        /s/  Carol E. Kamm
        Francis D. Dibble, Jr.
         BBO No. 123220
        J. Michael Scully
         BBO No. 555460
        Carol E. Kamm
         BBO No. 559252
        Bulkley, Richardson and Gelinas, LLP
        1500 Main Street, Suite 2700
        Springfield, MA  01115
        Tel.:  (413) 781-2820

Dated:   September 9, 2004

(doc.#278317)