IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| CLAYTON WOODRUM, ET AL., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| vs. | ) | NO. CIV-04-0835-HE |
| | ) | |
| INTEGRIS HEALTH, INC., ET AL., | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

Before the Court are plaintiffs' motion to stay these proceedings pending a transfer ruling by the Judicial Panel on Multidistrict Litigation ("MDL")[1] and motion for extension of time to respond to defendant Integris Health's partial motion to dismiss. Integris Health has responded in opposition to both motions.

The decision to grant or deny a stay is within the sound discretion of the Court. Ben Ezra, Weinstein, and Co. v. Am. Online Inc., 206 F.3d 980, 987 (10th Cir. 2000). As plaintiffs admit, the motion pending before the MDL panel does not divest this Court of authority to proceed in this matter. See J.P.M.L. Rule 1.5. After reviewing the amended complaint filed by the plaintiffs, the Court finds it less than obvious that this case will be approved for transfer to an MDL court. The legal issues, including plaintiffs' state law claims, which form the basis of Integris Health's motion to dismiss may not be susceptible to the type of coordinated rulings contemplated by an MDL court. In any event, the Court

---

[1] Plaintiffs indicate they have filed a motion with the MDL panel to consolidate this case with approximately forty similar cases filed around the United States.

concludes a stay of this matter is not warranted at this stage of the proceedings. Accordingly, plaintiffs' motion to stay is **DENIED**. Plaintiffs' motion for extension of time is **GRANTED**. Plaintiffs are granted fifteen days from the date of this order to file their response to defendant Integris Health's partial motion to dismiss.

**IT IS SO ORDERED**.

Dated this 16th day of August, 2004.

_____
JOE HEATON
UNITED STATES DISTRICT JUDGE

IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| RHONDA KIZZIRE, et al., | ] |
| Plaintiffs, | ] |
| v. | ] CASE NO.: CV-04-HS-1247-S |
| BAPTIST HEALTH SYSTEM, INC., | ] |
| Defendant. | ] |

### ORDER

This case is before the Court on the Motion to Stay Pending Ruling by the MDL Panel (doc. 13) and the Motion to Consider Brief Out of Time (doc. 27). Oral argument on these motions was heard at the Court's August 27, 2004, Motion Docket. After consideration of the arguments and briefs submitted by counsel, for the reasons stated from the bench, and as further set forth herein, it is hereby **ORDERED, ADJUDGED,** and **DECREED**, as follows:

1) The Motion to Consider Brief Out of Time is **GRANTED**.

2) The Motion to Stay is **DENIED**.

3) The Court adopts the following briefing scheduling for the Motion to Dismiss:

   a. The Attorney General's brief shall be due September 1, 2004.

   b. The Plaintiff's response is due September 15, 2004.

   c. The Defendant's reply brief is due September 29, 2004.

DONE and ORDERED, this _1_ day of September, 2004.

VIRGINIA EMERSON HOPKINS
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

EDWARD C. JELLISON, on behalf of
himself and all others similarly situated,

Plaintiff,

-vs-   Case No. 6:04-cv-1021-Orl-28KRS

FLORIDA HOSPITAL HEALTHCARE
SYSTEM, INC., ADVENTIST HEALTH
SYSTEM/SUNBELT, INC.,

Defendants.

## ORDER

This case is before the Court on the following motion:

| MOTION: | MOTION TO STAY PENDING RULING BY THE MDL PANEL (Doc. No. 11) |
|---|---|
| **THEREON** it is **ORDERED** that the motion is **DENIED** without prejudice for failure to comply with Local Rule 3.01(g). | |

DONE and ORDERED in Chambers, Orlando, Florida this __23__ day of August, 2004.

GREGORY A. PRESNELL for
JOHN ANTOON II
United States District Judge

Copies furnished to:
Counsel of Record
Unrepresented Party

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

WAYNE D. NASH, on behalf of himself
and all others similarly situated,

        Plaintiff,

vs.                              Case No. 2:04-cv-369-FtM-29DNF

LEE MEMORIAL HEALTH SYSTEM, and
AMERICAN HOSPITAL ASSOCIATION,

        Defendants.
_____/

**ORDER**

    This matter comes before the Court on plaintiff's Motion to Stay Pending Ruling by the MDL Panel (Doc. #9), filed on August 6, 2004. Plaintiff also filed a Supplemental Brief (Doc. #15) in support and a Supplemental Filing (Doc. #23) regarding Local Rule 3.01(g) certification. Both defendants have filed Response in Opposition (Docs. #18, #20).

    Having reviewed the motion and responses thereto, the Court does not find that a stay of the case is appropriate. Although there is a possibility that the Multidistrict Litigation Panel (MDL) may issue a conditional order of transfer, this Court maintains jurisdiction over the disposition of the case until such time as the transfer becomes final. This case is still at a preliminary stage and the Court's docket is not such that the case could be stayed indefinitely. The Court finds no substantial

prejudice to plaintiff from failing to stay proceedings in this case.

Accordingly, it is now

**ORDERED:**

1. Plaintiff's Motion to Stay Pending Ruling by the MDL Panel (Doc. #9) is **DENIED**.

2. Plaintiff's Supplemental Filing (Doc. #23) shall be terminated as a pending motion as it is simply a Notice.

**DONE AND ORDERED** at Fort Myers, Florida, this __25th__ day of August, 2004.

/s/ John E. Steele
JOHN E. STEELE
United States District Judge

Copies:
Counsel of record

**COURTESY COPY**

BERNSTEIN LIEBHARD & LIFSHITZ, LLP
Keith M. Fleischman (KF-0199)
Ronald J. Aranoff (RA-4690)
10 East 40th Street, 22nd Floor
New York, New York 10016
Telephone: (212) 779-1414
Facsimile: (212) 779-3218

**Attorneys for Plaintiff**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/15/04

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SHKELQIM KOLARI on Behalf of Himself and All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>NEW YORK-PRESBYTERIAN HOSPITAL, NEW YORK-PRESBYTERIAN HEALTH CARE SYSTEM, INC., and JOHN DOES 1-10,<br><br>Defendants. | 04 Civ. 5506 (LAP) |

## NOTICE OF MOTION

**PLEASE TAKE NOTICE** that, the undersigned Counsel for Plaintiff and the Class shall move this Court, before the Honorable Loretta A. Preska, U.S.D.J. at the United States Court House, 500 Pearl Street (Room 1320), New York, NY 10007, on the 30th day of August, 2004 at 10:00A.M. or as soon thereafter as counsel can be heard, for an Order Staying these Proceedings Pending the Resolution of a Motion to Transfer to the Multidistrict Litigation Panel (the "MDL").

*The motion for a stay is denied.*

SO ORDERED

*[signature]*
LORETTA A. PRESKA
UNITED STATES DISTRICT JUDGE

September 14, 2004

**PLEASE TAKE FURTHER NOTICE** that Plaintiff will rely upon the annexed Memorandum of Law and Affirmation of Ronald J. Aranoff, Esq. together with the exhibits annexed thereto.

Dated: August 23, 2004.

             Respectfully submitted,

             **BERNSTEIN LIEBHARD & LIFSHITZ, LLP**

By: _/s/ Ronald J. Aranoff_
     Keith M. Fleischman (KF-0199)
     Ronald J. Aranoff (RA-4690)
     10 East 40th Street, 22nd Floor
     New York, New York 10016
     Telephone: (212) 779-1414
     Facsimile: (212) 779-3218

     **Attorneys for Plaintiff**

```
                          FILED ___ LODGED
                      ___ RECEIVED ___ COPY

                           SEP 1 6 2004

                      CLERK U S DISTRICT COURT
                        DISTRICT OF ARIZONA
                      BY_____ DEPUTY
```

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Gregory James Fields, On Behalf of Himself and All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>Banner Health and American Hospital Association,<br>Defendants. | No. CV04-1297-PHX-SRB<br><br>**ORDER** |

Plaintiff has filed a Motion to Stay Pending Transfer by the MDL Panel. Plaintiff has also requested that the Court issued the stay before briefing and oral argument on Defendants' Motion to Dismiss. The parties are advised that the Court will not consider the stay request until sometime after briefing is complete on the Motion to Dismiss.

DATED this 14th day of September, 2004.

_____
Susan R. Bolton
United States District Judge