IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DIANE HARRINGTON, On Behalf of Herself and All Others Similarly Situated,<br><br>Plaintiff<br><br>vs.<br><br>BAYSTATE MEDICAL CENTER, BAYSTATE HEALTH SYSTEM, INC., AMERICAN HOSPITAL ASSOCIATION, and JOHN DOES 1 THROUGH 10.<br><br>Defendants. | Civil Action No.: 04-11663-RCL |

## ASSENTED-TO MOTION TO FILE BRIEF IN EXCESS OF TWENTY (20) PAGES

Pursuant to Local Rule 7.1 (B)(4), the Plaintiff hereby respectfully moves for leave to file a brief in excess of twenty (20) pages. As grounds for this motion, Plaintiff states the following:

1. On September 9, 2004, the Baystate Defendants filed a motion to dismiss the action.

2. Although the memorandum in support of the Baystate Defendants' motion to dismiss is twenty (20) pages long, it contains at least sixteen (16) distinct arguments in favor of dismissing all twelve (12) counts of the Complaint. Several of these arguments raise issues concerning the interpretation of federal and state statutes, including (i) Section 501(c)(3) of the Internal Revenue Code (26 U.S.C. § 501(c)(3)), (ii) the Emergency Medical Treatment and Active Labor Act (42 U.S.C. § 1395 dd), (iii) the Fair Debt Collections Practices Act (15 U.S.C. § 1692a(5)), (iv) 42 U.S.C. § 1983, and (v) M.G.L. ch. 93A.

3. Despite the best efforts to whittle it down to the twenty (20) page mark, the Plaintiff's brief is 26 pages long.

4.  The Plaintiff believes that these additional pages will assist the Court in ruling on the motion to dismiss.

5.  Counsel for the Defendants has assented to this motion.

WHEREFORE, the Plaintiff respectfully moves for leave to file an opposition to the Defendants' motion to dismiss in excess of twenty (20) pages.

Respectfully submitted,

DIANE HARRINGTON, On Behalf of Herself and
All Others Similarly Situated
By her Attorneys,

Dated: September 23, 2004

Thomas M. Greene, Esq. (BBO#210020)
Ilyas J. Rona, Esq. (BBO#642964)
Greene & Hoffman, P.C.
125 Summer Street, Suite 1410
Boston, MA 02110
Tel: (617) 261-0040
Fax: (617) 261-3558

CO-COUNSEL:

John W. Crongeyer, GA Bar No. 197267
Bryan A. Vroon, GA Bar No. 7298086
Vroon & Crongeyer, LLP
1230 Peachtree Street, Suite 2450
Atlanta, Georgia 30309
Telephone: (404) 607-6710
Facsimile: (404) 607-6711

Keith M. Fleischman, KF-0199
Ronald J. Aranoff, RA-4690
Bernstein Liebhard & Lifshitz, LLP
10 East 40th Street, 22nd Floor
New York, NY 10016
Telephone: (212) 799-1414
Facsimile: (212) 799-3218

Don Barrett, Esq.
Barrett Law Office
404 Court Square North
P.O. Box 987
Lexington, Mississippi 39095
(662) 834-2376

## CERTIFICATION PURSUANT TO LOCAL RULE 7.1

I, Ilyas J. Rona, hereby certify that, pursuant to Local Rule 7.1, I have conferred with J. Michael Scully, counsel for the Baystate Defendants, by telephone on September 23, 2004 and understand that the motion is assented to.

                                        Ilyas J. Rona

## CERTIFICATE OF SERVICE

I, Ilyas J. Rona, hereby certify that a true copy of the above document was served upon the attorney of record for each other party by first-class mail, postage pre-paid, and facsimile on September 23, 2004.

                                        Ilyas J. Rona