IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DIANE HARRINGTON, On Behalf of Herself and All Others Similarly Situated, ) ) ) | |
| Plaintiff ) ) | Civil Action No.: 04-11663-RCL |
| vs. ) ) | |
| BAYSTATE MEDICAL CENTER, ) BAYSTATE HEALTH SYSTEM, INC., ) AMERICAN HOSPITAL ASSOCIATION, and ) JOHN DOES 1 THROUGH 10. ) ) | |
| Defendants. ) ) | |

## ASSENTED-TO MOTION TO SUPPLANT PLAINTIFF'S OPPOSITION TO MOTION TO DISMISS OF DEFENDANTS BAYSTATE MEDICAL CENTER, INC. AND BAYSTATE HEALTH SYSTEMS, INC.

The Plaintiff hereby respectfully moves to supplant the Plaintiff's Opposition to Motion to Dismiss of Defendants Baystate Medical Center, Inc. and Baystate Health Systems, Inc. ("Opposition") filed with the Court on September 23, 2004 with the attached, corrected Opposition. As grounds for this motion, Plaintiff states the following:

1.  Plaintiff filed the Opposition with the Court on September 23, 2004.

2.  The Opposition contains several minor errors, mostly typographic errors or inadvertently deleted words.

3.  To facilitate the Court's review of the Opposition, the Plaintiff has attached as Exhibit A a corrected copy of the Opposition.

4.  None of the corrections are substantive or alter the intended meaning of the document.

5.  Counsel for the Defendants has assented to this motion.

WHEREFORE, the Plaintiff respectfully moves for leave to supplant the Plaintiff's Opposition to Motion to Dismiss of Defendants Baystate Medical Center, Inc. and Baystate Health Systems, Inc. filed with the Court on September 23, 2004 with the attached, corrected Opposition.

                                      Respectfully submitted,

                                      DIANE HARRINGTON, On Behalf of Herself and
All Others Similarly Situated
By her Attorneys,

**Dated: September 24, 2004**

Thomas M. Greene, Esq. (BBO#210020)
Ilyas J. Rona, Esq. (BBO#642964)
Greene & Hoffman, P.C.
125 Summer Street, Suite 1410
Boston, MA 02110
Tel: (617) 261-0040
Fax: (617) 261-3558

CO-COUNSEL:

John W. Crongeyer, GA Bar No. 197267
Bryan A. Vroon, GA Bar No. 7298086
Vroon & Crongeyer, LLP
1230 Peachtree Street, Suite 2450
Atlanta, Georgia 30309
Telephone: (404) 607-6710
Facsimile: (404) 607-6711

Keith M. Fleischman, KF-0199
Ronald J. Aranoff, RA-4690
Bernstein Liebhard & Lifshitz, LLP
10 East 40th Street, 22nd Floor
New York, NY 10016
Telephone: (212) 799-1414
Facsimile: (212) 799-3218

Don Barrett, Esq.
Barrett Law Office
404 Court Square North
P.O. Box 987
Lexington, Mississippi 39095
(662) 834-2376

## CERTIFICATION PURSUANT TO LOCAL RULE 7.1

I, Ilyas J. Rona, hereby certify that, pursuant to Local Rule 7.1, I have conferred with J. Michael Scully, counsel for the Baystate Defendants, by telephone on September 24, 2004 and understand that the motion is assented to.

_____
Ilyas J. Rona

## CERTIFICATE OF SERVICE

I, Ilyas J. Rona, hereby certify that a true copy of the above document was served upon the attorney of record for each other party by first-class mail, postage pre-paid, and facsimile on September 24, 2004.

_____
Ilyas J. Rona