

**BULKLEY, RICHARDSON AND GELINAS, LLP**

| LAW OFFICES<br>1500 MAIN STREET, SUITE 2700<br>POST OFFICE BOX 15507<br>SPRINGFIELD, MA 01115-5507<br><br>TEL:   (413) 781-2820<br>FAX:  (413) 785-5060<br>E-MAIL: info@bulkley.com | ROBERT B. ATKINSON<br>ROBERT A. GELINAS<br>STEPHEN W. SCHUPACK<br>PETER ROTH<br>RONALD P. WEISS<br>FRANCIS D. DIBBLE, JR.<br>HAMILTON DOHERTY, JR.<br>MICHAEL H. BURKE<br>PETER H. BARRY<br>DAVID A. PARKE<br>FELICITY HARDEE<br>CHRISTOPHER B. MYHRUM<br>GEORGE W. MARION<br>ELLEN M. RANDLE<br>KEVIN C. MAYNARD | MARK D. CRESS<br>MARY J. KENNEDY<br>J. MICHAEL SCULLY<br>JAMES C. DUDA<br>KELLY A. MCCARTHY<br>DANIEL J. FINNEGAN<br>MELINDA M. PHELPS<br>JEFFREY E. POINDEXTER<br>KATHERINE A. ROBERTSON<br>KATHLEEN LEITAO BERNARDO<br>DONN A. RANDALL*<br>SCOTT W. FOSTER<br>ELIZABETH H. SILLIN<br>VANESSA L. SMITH<br>DEBRA A. QUINN | JOSHUA P. GREY<br>JENELLE C. DODDS<br>CHRISTINE Y. LE BEL<br>ANDREW J. DRAYER*<br>CHRISTOPHER J. SCOTT<br>MARY ELLEN MANGANELLI*<br><br>COUNSEL<br><br>CAROL E. KAMM*<br>J. PATRICK KENNEDY*<br>PHILIP J. TARPEY, JR.<br>MARTIN D. TURPIE<br><br>*RESIDENT IN BOSTON OFFICE |

October 25, 2004

***Via Electronic Filing***
Honorable Reginald Lindsay
c/o Don Stanhope, Docket Clerk
United States District Court
District of Massachusetts
1 Courthouse Way
Boston, MA  02210

      RE:   Diane Harrington, On Behalf of Herself and All Others Similarly Situated
            v. Baystate Medical Center, Inc., et al.
            C.A. No. 1:04-cv-11663-RCL

Dear Judge Lindsay:

     We represent the defendants Baystate Medical Center, Inc. and Baystate Health System, Inc. in the referenced action. On September 10, 2004, the plaintiff in the referenced action filed a Motion to Stay Proceedings Pending Transfer to Multidistrict Litigation ("MDL") (hereinafter "Motion to Stay") (court document number 10).  The referenced action had been identified as a "tag-along action," as that term is defined in Rule 1.1 of the Rules of Procedure of the Judicial Panel on MDL.

     I write to inform you that on October 19, 2004, the MDL panel denied the plaintiffs' request to transfer and consolidate the actions against not-for-profit hospitals.  A copy of the decision is attached.  As you can see from footnote 1 of the enclosed decision, the question of transfer of the action pending in this Court is rendered moot by the Panel's decision.

                              Respectfully submitted:

                                    /s/
                              Carol E. Kamm

Attachment:  October 19, 2004
cc:   Thomas M. Greene, Esq., counsel for plaintiff
       Ilyas Rona, Esq., counsel for plaintiff