## SCHEDULE A

<u>MDL-1641 -- In re Not-for-Profit Hospitals/Uninsured Patients Litigation</u>

<u>Northern District of Alabama</u>

*Rhonda Kizzire, et al. v. Baptist Health Systems, Inc.*, C.A. No. 2:04-1247

<u>District of Arizona</u>

*Gregory James Fields v. Banner Health, et al.*, C.A. No. 2:04-1297

<u>Northern District of California</u>

*Duane Darr v. Sutter Health*, C.A. No. 3:04-2624

<u>District of Colorado</u>

*George Scott Ferguson, et al. v. Centura Health Corp., et al.*, C.A. No. 1:04-1285

<u>Middle District of Florida</u>

*Wayne D. Nash v. Lee Memorial Health System*, C.A. No. 2:04-369
*Edward C. Jellison v. Florida Hospital Healthcare System, Inc., et al.*, C.A. No.6:04-1021

<u>Southern District of Florida</u>

*Miriam Sabeta, et al. v. Baptist Hospital of Miami, et al.*, C.A. No. 1:04-21437

<u>Middle District of Georgia</u>

*Deborah Gail Ellis, et al. v. Phoebe Putney Health Systems, Inc., et al.*, C.A. No. 1:04-80
*Kimberly Hogland v. Athens Regional Health Services, Inc., et al.*, C.A. No. 3:04-50
*Katie M. Washington v. Medical Center of Central Georgia, Inc., et al.*, C.A. No. 5:04-185

<u>Northern District of Georgia</u>

*John R. Cruz, et al. v. Wellstar Health Systems, Inc., et al.*, C.A. No. 1:04-1746

<u>Southern District of Georgia</u>

*Bridget Lively v. MCG Health, Inc., et al.*, C.A. No. 1:04-113

- 2 -

**MDL-1641 Schedule A (Continued)**

<u>Northern District of Illinois</u>

*Jannie Watts, et al. v. Advocate Health Care Network, et al.*, C.A. No. 1:04-4062
*Joseph Dumas, Sr., et al. v. Provena Health, et al.*, C.A. No. 1:04-4063
*Wojciech Cygan v. Resurrection Medical Center, et* al., C.A. No. 1:04-4168

<u>District of Minnesota</u>

*Rachel Peterson, et al. v. Fairview Health Services*, C.A. No. 0:04-2973
*Paul Kern, et al. v. Allina Health System, et al.*, C.A. No. 0:04-2974

<u>Southern District of Mississippi</u>

*Dorothy Wright v. St. Dominic Health Services, Inc., et al.*, C.A. No. 3:04-521

<u>Eastern District of Missouri</u>

*Dwight L. Quinn v. BJC Health System, et al.*, C.A. No. 4:04-768

<u>District of New Jersey</u>

*Joyce Campbell v. Saint Barnabas Corp.*, C.A. No. 2:04-3201

<u>District of New Mexico</u>

*Richard Garcia v. Presbyterian Healthcare Services, et al.*, C.A. No. 6:04-832

<u>Southern District of New York</u>

*Shkelqim Kolari v. New York-Presbyterian Hospital, et al.*, C.A. No. 1:04-5506

<u>Northern District of Ohio</u>

*Lloida Lorens v. Catholic Healthcare Partners, et al.*, C.A. No. 1:04-1151
*Mitulkumar Patel v. Cleveland Clinic Foundation, et al.*, C.A. No. 1:04-1330

**MDL-1641 Schedule A (Continued)**

<u>Western District of Pennsylvania</u>

*Gary Amato, et al. v. UPMC, et al.*, C.A. No. 2:04-1025

<u>Middle District of Tennessee</u>

*Patrick Hagedorn v. Saint Thomas Hospital, Inc.*, C.A. No. 3:04-526

<u>Eastern District of Texas</u>

*Crystal Lynn McCoy, et al. v. East Texas Medical Center Regional Healthcare System, et al.*, C.A. No. 2:04-223

<u>Northern District of Texas</u>

*Janay Cargile, et al. v. Baylor Health Care System, et al.*, C.A. No. 3:04-1365