UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

Civil Action No. 1:04-cv-11663-RCL

| | | |
|---|---|---|
| DIANE HARRINGTON, On Behalf of Herself and All Others Similarly Situated, Plaintiff, | ) ) ) ) | MOTION OF DEFENDANTS BAYSTATE MEDICAL CENTER, INC. AND BAYSTATE HEALTH SYSTEM, INC. |
| v. | ) ) | FOR LEAVE TO FILE A REPLY TO PLAINTIFF'S OPPOSITION TO |
| BAYSTATE MEDICAL CENTER, et al. Defendants | ) ) ) ) ) | MOTION TO DISMISS AND TO PLAINTIFF'S NOTICE OF SUPPLEMENTAL AUTHORITY (ASSENTED TO) |

Defendants Baystate Medical Center, Inc. and Baystate Health System, Inc. (collectively "Baystate") hereby move for leave to file the attached Proposed Reply to Plaintiff's Opposition to Motion to Dismiss of Defendants Baystate Medical Center, Inc. and Baystate Health Systems [*sic*], Inc. and to Plaintiff's Notice of Supplemental Authority ("Proposed Reply" and "Plaintiff's Opposition" respectively). The Proposed Reply (a) provides a response to Plaintiff's Notice of Supplemental Authority, which was filed on January 24, 2005; (b) alerts the Court to federal district court decisions from around the country regarding motions to dismiss analogous federal claims against other non-profit hospitals and hospital systems; and (c) responds to a number of arguments raised in Plaintiff's Opposition, including but not limited to arguments regarding Baystate's *res judicata* defense; the claimed contract based on the section 501(c)(3) exemption; and plaintiff's alleged intended third-party beneficiary status, violations of chapter 93A; EMTALA, unjust enrichment, civil conspiracy, Federal Debt Collection Practices Act, and 42 U.S.C. §1983.

The attached Proposed Reply attempts to address these arguments as concisely as possible. Baystate believes the Proposed Reply will assist the Court in deciding the issues

presented in the Motion to Dismiss and will ensure that the issues raised in the Motion to Dismiss and opposition thereto are sufficiently briefed.  Counsel for plaintiff assents to this motion.

For the reasons set forth above, Baystate respectfully asks this Court for leave to file the attached Proposed Reply.

>The Defendants
>Baystate Medical Center, Inc.
>and Baystate Health System, Inc.
>By Their Attorneys:
>
>_____s/ Carol E. Kamm_____
>Francis D. Dibble, Jr.
>  BBO No. 123220
>J. Michael Scully
>  BBO No. 555460
>Carol E. Kamm
>  BBO No. 559252
>Bulkley, Richardson and Gelinas, LLP
>1500 Main Street, Suite 2700
>Springfield, MA  01115
>Tel.:  (413) 781-2820
>Fax:  (413) 272-6804

Dated:  Feb. 3, 2005

Certificate of Compliance with Local Rule 7.1 (A)(2)

I hereby certify that on February 2, 2005 I conferred with plaintiff's counsel and that plaintiff's counsel assented to the filing of this motion.

>_____s/ Carol E. Kamm_____
>Carol E. Kamm

288902