EXHIBIT B
Plaintiff's Voluntary Dismissal of Claims

| Jurisdiction | Name of Case | Docket No. | Date of Vol. Dismissal/Comment |
|---|---|---|---|
| Fl. (N.D.) | Collins v. Baptist Hospital, Inc., *et al.* | 3:04CV276 MCR/MD | Dec. 17, 2004 (date notice of vol. dismissal in part filed, after defendant filed motion to dismiss) Jan. 31, 2005 (court denied notice of vol. dismissal because partial voluntary dismissal not authorized by Rule 41) |
| Ga (M.D.) | Howard v. Columbus Regional Healthcare System | 04-CV-122-2 | Jan. 28, 2005 (stipulation of voluntary dismissal filed after defendant filed motion to dismiss) |
| Ga (N.D.) | Cruz v. Wellstar Health Systems | 1:04-CV-1746-GET | Dec. 17, 2004 (notice of vol. dismissal without prejudice filed after defendant filed motion to dismiss) |
| Ga (N.D.) | Frimpong v. Dekalb Medical Center | 04-cv-1745 | Aug. 20, 2004 (notice of vol. dismissal filed after defendants filed motion to dismiss) |
| Ga (N.D.) | Kelly v. Northeast Georgia Medical Center | 04-cv-00139 | Aug. 23, 2004 (notice of vol. dismissal filed after defendant filed motion to dismiss) |
| Ga (N.D.) | Winter v. Northside Hospital, Inc. | 1:04-CV-2856 | Jan. 6, 2005 (notice of vol. dismissal filed after defendant filed motion to dismiss) |
| Ga (S.D.) | Lively v. MCG Health, Inc. | CV104-113 | Dec. 16, 2004 (notice of vol. dismissal filed after defendant filed motion to dismiss; court approved notice on Jan. 10, 2005) |
| Ill (N.D.) | Dumas v. Provena Health | 04-C-4063 | Jan. 4, 2005 (plaintiff's motion for dismissal filed; allowed by court on Jan. 11, 2005) |
| La (M.D.) | Harrison v. Christus Health | 04-550-C-MI | Dec. 20, 2004 (notice of vol. dismissal filed after defendant filed motion to dismiss) |
| La (E.D.) | Maldonado v. Ochsner Clinic | 04-1987 | Aug. 23, 2004 |
| Ohio (N.D.) | Mitulkumar Patel v. Cleveland Clinic Foundation, et al. | 1:04-CV-1330 | Jan. 26, 2005 (notice of vol. dismissal filed after defendant filed motion to dismiss, so ordered by court on Jan. 26, 2005) |
| Okla (W.D.) | Woodrum v. Integris Health, Inc. | 04-00835 | Sept. 27, 2004 (notice of vol. dismissal filed after defendant filed answer and motion to dismiss; court converted notice to motion to voluntarily dismiss under Rule 41(a)(2) and granted motion, |

EXHIBIT B
Plaintiff's Voluntary Dismissal of Claims

| Jurisdiction | Name of Case | Docket No. | Date of Vol. Dismissal/Comment |
|---|---|---|---|
| | | | conditioned on plaintiff's payment of defendant's reasonable attorneys fees) |
| Oregon | Turner v. Legacy Health | 04-cv-1395 | Dec. 7, 2004 |
| Pa (E.D.) | Maldonado v. Children's Hospital of Philadelphia | 04-cv-3884 | Oct. 12, 2004 (date of plaintiff's motion to dismiss; allowed by court on Oct. 18, 2004) |
| Pa (E.D.) | Maldanado v. The Hospital of the University of Pennsylvania | 04-cv-3883 | Dec. 15, 2004 (court granted plaintiff's motion to dismiss for lack of standing, after defendant filed motion for summary judgment) |
| Va (E.D.) | Shipman v. INOVA Healthcare Servs. | 04-CV-910 | Sept. 30, 2004 (notice of vol. dismissal filed after defendant filed motion to dismiss) |
| Wash (W.D.) | Block v. Providence HealthSys. | CV04-2046JLR | Dec. 7, 2004 |

Dated: Feb. 2, 2005                                2                                              288883v1