EXHIBIT A
Federal District Decisions on Motions to Dismiss

| Jurisdiction | Name of Case | Docket No. | Date of Decision/Comment | Exhibit No. |
|---|---|---|---|---|
| Ala (N.D.) | Kizzire v. Baptist Health Sys., Inc. | CV-04-HS-1247-S | Oct. 21, 2004<br>Dismissing all claims except EMTALA claim on basis of *res judicata*, and dismissing EMTALA claim for other reasons | 1 |
| Ark. (E.D.) | Daly v. Baptist Health | 4:04CV789GH | Jan. 31, 2005<br>Dismissing federal claims based on §501(c)(3) status with prejudice, remaining claims without prejudice | 2 |
| Ca (N.D.) | Darr v. Sutter Health | C04-02624 WHA | Nov. 30, 2004<br>Granting defendant's motion to dismiss and declining to exercise jurisdiction over state law claims (consolidated with Muhammad v. Sutter Health) | 3 |
| Ca (N.D.) | Muhammad v. Sutter Health | C 04-02837 WHA, C 04-02624 | Consolidated with Darr v. Sutter Health | 3 |
| Colo | Ferguson v. Centura | 04-m-1285 | Dec. 29, 2004<br>Dismissing plaintiff's claims based on 26 U.S.C. § 501(c)(3) with prejudice; declining to exercise jurisdiction over state law claims and dismissing them without prejudice; and retaining jurisdiction over EMTALA claim because dismissal not sought for claim; on Jan. 13, 2005, plaintiff moved for a stay of EMTALA claim and for final judgment on remaining claims in order to file appeal | 4 |
| Ga (M.D.) | Hogland v. Athens Regional Health Services, Inc. *et al.* | 3:04-cv-50 (CAR) | Jan. 21, 2005<br>Dismissing federal claims with prejudice and declining to exercise supplemental jurisdiction, for reasons set forth in companion *Washington* decision | 5 |
| Ga (M.D.) | Hudson v. Central Georgia Health Services | 5:04CV301 (DF) | Jan. 13, 2005<br>Dismissing 501(c)(3) third-party contract, and constructive trust and unjust enrichment claims with prejudice; court declined to exercise jurisdiction over state law claims | 6 |

Dated:  Feb. 2, 2005                                         1                                         288864v1

EXHIBIT A
Federal District Decisions on Motions to Dismiss

| Jurisdiction | Name of Case | Docket No. | Date of Decision/Comment | Exhibit No. |
|---|---|---|---|---|
| Ga (M.D.) | Washington v. Medical Center of Cental Georgia, Inc. *et al.* | 5:04-cv-185 (CAR) | Jan. 21, 2005<br>Dismissing federal claims with prejudice and state claims without prejudice | 7 |
| Mich. (E.D.) | Burton v. William Beaumont Hospital | 04-72735 | Dec. 3, 2004<br>Dismissing federal claims based on 501(c)(3) status and electing to exercise supplemental jurisdiction over state law claims | 8 |
| Minnesota | Peterson v. Fairview Health Services | 04-2973 ADM/AJB | Feb. 1, 2005<br>Granting hospital's motion to dismiss federal claims with prejudice, and declining to exercise jurisdiction over state law claims, dismissing them without prejudice | 9 |
| Minnesota | Kern v. Allina Health System | 04-2974 ADM/AJB | Granting hospital's motion to dismiss federal claims with prejudice, and declining to exercise jurisdiction over state law claims, dismissing them without prejudice | 9 |
| Ohio (N.D.) | Lorens v. Catholic Health Care Partners *et al*. | 1:04 CV 1151 | Jan. 13, 2005<br>Granting hospital's motion to dismiss federal breach of contract and breach of charitable trust claims, and declining to exercise jurisdiction over remaining state claims | 10 |
| Ohio (N.D.) | Shriner v. ProMedica Health System, Inc. | 3:04CV7435 | Undated decision dismissing federal claims with prejudice and remaining claims without prejudice | 11 |
| Pa (W.D.) | Amato v. UPMC | 04-1025 | Nov. 23, 2004<br>Report and recommendation of Magistrate Judge recommending dismissal of all claims | 12 |
| Pa. (W.D.) | Amato v. Allegheny | 04-1038 | Nov. 23, 2004<br>Report and recommendation of Magistrate Judge recommending dismissal of all claims | 13 |

Dated:  Feb. 2, 2005                                                                  2                                                                  288864v1