| Civil DOCKET | DOCKET NUMBER 200323CV002883 | Trial Court of Massachusetts District Court Department |
|---|---|---|
| **CASE NAME** BAYSTATE MEDICAL CENTER vs. DIANE HARRINGTON | | **CURRENT COURT** Springfield District Court 50 State Street Hall of Justice Springfield, MA 01103-2002 (413) 735-6000 |

| ASSOCIATED DOCKET NO. | DATE FILED 10/22/2003 | DATE DISPOSED 01/08/2004 | |
|---|---|---|---|

| PLAINTIFF(S) | PLAINTIFF'S ATTORNEY |
|---|---|
| P01 BAYSTATE MEDICAL CENTER MEDICAL CENTER DRIVE SPRINGFIELD, MA | ALAN JAMES VANARIA 1350 MAIN ST. STE 1400 SPRINGFIEL, MA 01103-1627 (413) 747-7700 |

| DEFENDANT(S)/OTHER SINGLE PARTIES | DEFENDANT'S ATTORNEY |
|---|---|
| D01 DIANE HARRINGTON 47 TRINITY #3 LYNN, MA | |

| NO. | ENTRY DATE | DOCKET ENTRIES |
|---|---|---|
| 1 | 10/22/2003 | Complaint filed on 10/22/2003 at Springfield District Court. |
| 2 | 10/22/2003 | Appearance for Baystate Medical Center filed by Attorney ALAN JAMES VANARIA 1350 Main St. Ste 1400 Springfield MA 01103-1627 BBO# 544095 |
| 3 | 10/22/2003 | Jury trial claim on all issues endorsed upon pleading by P01 BAYSTATE MEDICAL CENTER (G.L. c.231 §103; Mass.R.Civ.P. 38(b)). |
| 4 | 10/22/2003 | Filing fee of $180.00 and surcharge of $15.00 paid (G.L. c.262 §§ 2 & 4C). |
| 5 | 10/22/2003 | Case Inactivated: No future events scheduled. |
| 6 | 01/08/2004 | Return of service on complaint and summons to D01 DIANE HARRINGTON: Officer service SERVED at last and usual abode (Mass.R.Civ.P. 4(f)). |
| 7 | 01/08/2004 | Application to clerk-magistrate to enter default against D01 DIANE HARRINGTON filed by P01 BAYSTATE MEDICAL CENTER (Mass.R.Civ.P. 55(a) & 77(b)). |

| Page 1 of 2 | A TRUE COPY, ATTEST: | CLERK-MAGISTRATE/ASST. CLERK X | DATE |
|---|---|---|---|

Date/Time Printed: 09/29/2004 03:22 PM

## DOCKET CONTINUATION

**DOCKET NUMBER:** 200323CV002883

| NO. | ENTRY DATE | DOCKET ENTRIES |
|---|---|---|
| 8 | 01/08/2004 | Default entered against D01 DIANE HARRINGTON by clerk-magistrate (Mass.R.Civ.P. 55(a) & 77(b)). |
| 9 | 01/08/2004 | Application to clerk-magistrate for default judgment against D01 DIANE HARRINGTON filed by P01 BAYSTATE MEDICAL CENTER (Mass.R.Civ.P. 55(b)(3) & 77(b)). |
| 10 | 01/08/2004 | Judgment by Default for P01 BAYSTATE MEDICAL CENTER to recover of D01 DIANE HARRINGTON after default the sum of $2,861.96 plus prejudgment interest of $62.68 and costs of $58.40 for judgment total of $2,983.04 ( Morrissey, First AC-M Richard C. ); parties notified. |
| 11 | 01/29/2004 | Execution Writ issued against D01 DIANE HARRINGTON for judgment total of $2,983.04 plus postjudgment interest of $20.60 plus postjudgment costs of $0.00 minus credits of $0.00, for execution total of $3,003.64 sent to Attorney ALAN JAMES VANARIA BBO#544095. |

A TRUE COPY, ATTEST

*[signature]*

ASSISTANT CLERK

| Page 2 of 2 | A TRUE COPY, ATTEST: | CLERK-MAGISTRATE/ASST. CLERK X | DATE |
|---|---|---|---|

Date/Time Printed: 09/29/2004 03:22 PM

COMMONWEALTH OF MASSACHUSETTS
TRIAL COURTS OF MASSACHUSETTS

HAMPDEN SS.

DISTRICT COURT DEPARTMENT
SPRINGFIELD DIVISION
50 State St, P.O.Box 2421
Springfield, MA  01103
Civil Action No.

BAYSTATE MEDICAL CENTER )
 )
              Plaintiff )   COMPLAINT
 )
      v. )
 )
DIANE HARRINGTON )
 )
              Defendant )

C #195-

Whenever used herein and in any subsequent pleadings, the singular number shall include the plural, the plural the singular and the use of any gender shall include all genders.

1. The Plaintiff, BAYSTATE MEDICAL CENTER   is a non-profit corporation duly organized by law and having a usual place of business at Medical Center Drive, Springfield, County of Hampden, Commonwealth of Massachusetts.

2. The Defendant, DIANE HARRINGTON , is a natural person residing at  47 Trinity #3, Lynn, County of Essex, Commonwealth of Massachusetts.

3. The Defendant owes the Plaintiff the agreed sum of $2,861.96 for medical services and supplies rendered, which sum includes interest at the statutory rate of 12.000% per annum and any payments made to date.

WHEREFORE, the Plaintiff demands judgment against the Defendant for the sum of $2,861.96, plus further interest at 12.000% per annum and costs.

Plaintiff hereby claims a trial by jury on all counts or claims set forth herein.

THE PLAINTIFF
By: _____
ALAN J. VANARIA, ESQ.(BBO#544095)
GOLD & VANARIA, P.C.
1350 Main Street, Suite 1400
Springfield, MA  01103
Tel. (413) 747-7700
Date:

03-00077-0/6HP

OCT 2 2 2003

A TRUE COPY, ATTEST
_____
ASSISTANT CLERK

| STATEMENT OF DAMAGES<br>St. 1996, c. 358, § 5 | DATE FILED (to be added by Clerk)<br>OCT 22 2003 | DOCKET NO. (to be added by Clerk) | Trial Court of Massachusetts<br>District Court Department |
|---|---|---|---|
| **PLAINTIFF(S)**<br>BAYSTATE MEDICAL CENTER | | **DEFENDANT(S)**<br>DIANE HARRINGTON | |
| INSTRUCTIONS: THIS FORM MUST BE COMPLETED AND FILED WITH THE COMPLAINT OR OTHER INITIAL PLEADING IN ALL DISTRICT COURT CIVIL ACTIONS SEEKING MONEY DAMAGES IN BARNSTABLE, BERKSHIRE, BRISTOL, DUKES, ESSEX, FRANKLIN, HAMPDEN, HAMPSHIRE, MIDDLESEX, NANTUCKET AND NORFOLK COUNTIES. | | SPRINGFIELD _____ DISTRICT COURT | |

| TORT CLAIMS | AMOUNT |
|---|---|
| A. Documented medical expenses to date: | |
|    1. Total hospital expenses: | $ _____ |
|    2. Total doctor expenses: | $ _____ |
|    3. Total chiropractic expenses: | $ _____ |
|    4. Total physical therapy expenses: | $ _____ |
|    5. Total other expenses *(Describe):* _____ | $ _____ |
| SUBTOTAL: | $ _____ |
| B. Documented lost wages and compensation to date: | $ _____ |
| C. Documented property damages to date: | $ _____ |
| D. Reasonably anticipated future medical and hospital expenses: | $ _____ |
| E. Reasonably anticipated lost wages: | $ _____ |
| F. Other documented items of damage *(Describe):* _____ | $ _____ |
| G. Brief description of Plaintiff's injury, including nature and extent of injury *(Describe):* _____ | |
| or this form, disregard double or treble damage claims; indicate single damages only.    TOTAL: | $ _____ |

A TRUE COPY, ATTEST
*[signature]*
ASSISTANT CLERK

| CONTRACT CLAIMS | AMOUNT |
|---|---|
| Provide a detailed description of claim(s): Plaintiff in the above-captioned action hereby asserts that the money damages sought by means of the Complaint to which this Statement of Damages is attached amount to: | $ _____<br>$ _____<br>$ _____ |
| For this form, disregard double or treble damage claims; indicate single damages only.    TOTAL: | $ 2,861.96 |

| ATTORNEY FOR PLAINTIFF (OR PRO SE PLAINTIFF): | DEFENDANT'S NAME AND ADDRESS: |
|---|---|
| *[signature]*    OCT 22 2003<br>Signature            Date<br>ALAN J. VANARIA, ESQ. (BBO # 544095)<br>GOLD & VANARIA, P.C.<br>Print or Type Name    B.B.O.#<br>1350 Main Street, Suite 1400<br>Springfield, MA 01103<br>Address<br>(413) 747-7700 | DIANE HARRINGTON<br><br>47 Trinity #3<br><br>Lynn, MA 01902 |

4/02

# Commonwealth of Massachusetts
## TRIAL COURT OF THE COMMONWEALTH

HAMPDEN, ss.

DISTRICT COURT DEPARTMENT
SPRINGFIELD DIVISION
50 State Street, Springfield, MA. 01103

BAYSTATE MEDICAL CENTER
    Plaintiff

v.

DIANE HARRINGTON
    Defendant

Civil Action No. 03 CV 2883

### SUMMONS
(Rule 4)

To defendant DIANE HARRINGTON of Lynn (address)

You are hereby summoned and required to serve upon GOLD & VANARIA, P.C., plaintiff('s attorney), whose address is 1350 Main St, Suite 1400, Springfield, MA 01103, a copy of your answer to the complaint which is herewith served upon you, within 20 days after service of this summons, exclusive of the day of service. You are also required to file your answer to the complaint in the office of the Clerk of this court either before service upon plaintiff('s attorney), or within 5 days thereafter. If you fail to meet the above requirements, judgment by default may be rendered against you for the relief demanded in the complaint. You need not appear personally in court to answer the complaint.

Unless otherwise provided by Rule 13(a), your answer must state as a counterclaim any claim which you may have against the plaintiff which arises out of the transaction or occurrence that is the subject matter of the plaintiff's claim or you will be barred from making such claim in any other action.

WITNESS ROBERT F. KUMOR, JR., Presiding Justice, on OCT 2 2 2003 (date)

(SEAL)

Robert E. Fein
Clerk

Note:
(1) When more than one defendant is involved, the names of all defendants should appear in the action. If a separate summons is used for each defendant, each should be addressed to the particular defendant.
(2) The number assigned to the complaint by the Clerk at commencement of the action should be affixed to this summons before it is served.

### RETURN OF SERVICE

On _____ (date of service). I served a copy of the within summons, together with a copy of the complaint in this action, upon the within named defendant, in the following manner (see Rule 4 (d) (1-5)):

A TRUE COPY, ATTEST
Richard Murray
ASSISTANT CLERK

---

Essex County Sheriff's Department • PO Box 2019 • Salem, MA 01970 • 978-750-1900 ext. 3590

Essex, ss.

December 1, 2003

I hereby certify and return that on 11/26/2003 at 05:10 pm I served a true and attested copy of the summons, complaint and statement of damages in this action in the following manner: To wit, by leaving at the last and usual place of abode of Diane Harrington, 47 Trinity Avenue, #3, Lynn, MA and by mailing 1st class to the above address on 12/1/2003. Basic Service Fee ($20.00), Conveyance ($1.50), Travel ($23.90), Postage and Handling ($3.00), Copies ($10.00) Total Charges $58.40

Deputy Sheriff Raymond Therrien

Deputy Sheriff

3

COMMONWEALTH OF MASSACHUSETTS
TRIAL COURTS OF MASSACHUSETTS

HAMPDEN SS.

DISTRICT COURT DEPARTMENT
SPRINGFIELD DIVISION
50 State St, P.O.Box 2421
Springfield, MA  01103
Civil Action No. 03-CV-2883

| | |
|---|---|
| BAYSTATE MEDICAL CENTER ) | |
| Plaintiff ) | REQUEST FOR |
| ) | DEFAULT |
| v. ) | (RULE 55(a)) |
| DIANE HARRINGTON ) | |
| Defendant ) | |

    I, the undersigned, attorney for the above-named Plaintiff(s), BAYSTATE MEDICAL CENTER   , state that the Complaint in this action was filed on October 22, 2003 and the Summons and a copy of the Complaint were served on Defendant(s), DIANE HARRINGTON , on November 26, 2003 as appears from the officer's return; and that the Defendant(s) herein failed to serve a responsive pleading or to otherwise defend as provided by rule.

    Therefore, I request that default be entered against Defendant(s) DIANE HARRINGTON  in this action.

*This statement made under the penalties of perjury.*

                                        THE PLAINTIFF

                                        By: _____
                                        ALAN J. VANARIA, ESQ(BBO#544095)
                                        GOLD & VANARIA, P.C.
                                        1350 Main Street, Suite 1400
                                        Springfield, MA 01103-1627
                                        Tel. (413) 747-7700
03-00077-0/71G                          Date:
                                        JAN 0 2 2004

A TRUE COPY, ATTEST

_____
ASSISTANT CLERK

COMMONWEALTH OF MASSACHUSETTS
TRIAL COURTS OF MASSACHUSETTS

DISTRICT COURT DEPARTMENT
SPRINGFIELD DIVISION
HAMPDEN, SS.                       50 State St, P.O.Box 2421
Springfield, MA  01103
Civil Action No. 03-CV-2883

BAYSTATE MEDICAL CENTER           )
                                  )
            Plaintiff             )  ENTRY OF DEFAULT
                                  )  (RULE 55(a))
      v.                          )
                                  )
DIANE HARRINGTON                  )
                                  )
            Defendant             )

It having been made to appear to the Clerk that DIANE HARRINGTON, Defendant(s) herein, has failed to plead or otherwise defend as provided by the Massachusetts Rules of Civil Procedure, entry of default against said Defendant(s) is hereby made pursuant to Rule 55(a).

_____           1/8/2004
     Assistant Clerk                 Date

03-00077-0/71G

A TRUE COPY, ATTEST:
_____
ASSISTANT CLERK

COMMONWEALTH OF MASSACHUSETTS
TRIAL COURTS OF MASSACHUSETTS

HAMPDEN, SS.

DISTRICT COURT DEPARTMENT
SPRINGFIELD DIVISION
50 State St, P.O.Box 2421
Springfield, MA   01103
Civil Action No. 03-CV-2883

BAYSTATE MEDICAL CENTER )
                        )
          Plaintiff      )
                        )
     v.                  ) MEMO OF DAMAGES
                        )
DIANE HARRINGTON         )
                        )
          Defendant      )

### Complaint for Sum Certain/Liquidated Claim

| | |
|---|---|
| Demand for Judgment excluding interest and attorney's fees claimed in complaint | $2,444.36 |
| Interest claimed in complaint | +417.60 |
| Sub-total (1) | $2,861.96 |
| Less payments made after complaint filed | -00.00 |
| Sub-total (2) | $2,861.96 |
| Attorney's fees based on Sub-total (1) | +00.00 |
| **TOTAL BALANCE CLAIMED** | **$2,861.96** |

I certify that payments have been made on the Total Balance Claimed as indicated herein.

THE PLAINTIFF

By: _____
ALAN J. VANARIA, ESQ(BBO#544095)
GOLD & VANARIA, P.C.
1350 Main Street, Suite 1400
Springfield, MA   01103-1627
Tel. (413) 747-7700
Date: JAN 0 2 2004

03-00077-0/71G

A TRUE COPY, ATTEST:
_____
ASSISTANT CLERK

COMMONWEALTH OF MASSACHUSETTS
TRIAL COURTS OF MASSACHUSETTS

HAMPDEN, SS.

DISTRICT COURT DEPARTMENT
SPRINGFIELD DIVISION
50 State St, P.O.Box 2421
Springfield, MA  01103
Civil Action No. 03-CV-2883

|  |  |
|---|---|
| BAYSTATE MEDICAL CENTER )<br>  )<br>          Plaintiff )<br>  )<br>     v. )<br>  )<br>DIANE HARRINGTON )<br>  )<br>  )<br>          Defendant ) | **PLAINTIFF'S**<br>**REQUEST FOR**<br>**DEFAULT JUDGMENT**<br>**(RULE 55(b)(3))** |

A TRUE COPY, ATTEST

*[signature]*

ASSISTANT CLERK

    I, the undersigned request that default judgment be entered against the Defendant(s), DIANE HARRINGTON , in the amount of $2,861.96 together with interest in the sum of $_____ with costs and make affidavit that:

    1.  The total amount due the Plaintiff, exclusive of costs in his claim against the Defendant(s) is $_____, plus interest.

    2.  The Defendant, DIANE HARRINGTON , is not an infant or incompetent person.

    3.  The Defendant, DIANE HARRINGTON , is not in the military service of the United States or its Allies, as defined in the Soldiers' and Sailors' Relief Act of 1940, as amended, but is at present residing at 47 Trinity #3, Lynn, Massachusetts .

*This statement made under the penalties of perjury.*

[X] Execution Requested

THE PLAINTIFF

By: *[signature]*
ALAN J. VANARIA, ESQ(BBO#544095)
GOLD & VANARIA, P.C.
1350 Main Street, Suite 1400
Springfield, MA  01103-1627
Tel. (413) 747-7700
Date:  JAN 0 2 2004

03-00077-0/71G

| JUDGMENT FOR PLAINTIFF(S) BY DEFAULT | DOCKET NUMBER<br>200323CV002883 | Trial Court of Massachusetts<br>District Court Department |
|---|---|---|

CASE NAME   BAYSTATE MEDICAL CENTER vs. DIANE HARRINGTON

| PLAINTIFF(S) WHO ARE PARTIES TO THIS JUDGMENT<br>P01 BAYSTATE MEDICAL CENTER | CURRENT COURT<br>Springfield District Court<br>50 State Street<br>Hall of Justice<br>Springfield, MA 01103-2002<br>(413) 735-6000 |
|---|---|
| DEFENDANT(S) WHO ARE PARTIES TO THIS JUDGMENT<br>D01 DIANE HARRINGTON | ROOM/SESSION |
| PARTY TO WHOM THIS COPY OF JUDGMENT IS ISSUED<br>COURT COPY | FURTHER ORDERS OF THE COURT<br>Line 7 reflects interest claimed in the complaint. |
| ATTORNEY FOR PARTY TO WHOM THIS COPY OF JUDGMENT IS ISSUED<br>COURT COPY | |

WHEN YOU MUST APPEAR

A TRUE COPY ATTEST
ASSISTANT CLERK

## JUDGMENT FOR PLAINTIFF(S) BY DEFAULT

On the above action, after default, JUDGMENT IS HEREBY ENTERED on behalf of such Plaintiff(s) against such Defendant(s), for the "Judgment Total" shown below plus such other costs as may be taxed pursuant to law, with postjudgment interest thereon pursuant to G.L. c. 235, §8 at the "Annual Interest Rate" shown below from the "Date Judgment Entered" shown below until the date of payment (Morrissey, First AC-M Richard C.).

### NOTICE OF ENTRY OF JUDGMENT

Pursuant to Mass. R. Civ P. 54, 58, 77(d) and 79(a), this Judgment has been entered on the docket on the "Date Judgment Entered" shown below, and this notice is being sent to all parties.

| 1. Date of Breach, Demand or Complaint | | 10/22/2003 |
|---|---|---|
| 2. Date Judgment Entered | | 1/8/2004 |
| 3. Number of Days of Prejudgment Interest *(Line 2 - Line 1)* | | 78 |
| 4. Annual Interest Rate of 12.00% / 365 = Daily Interest Rate | | 0.032877% |
| 5. Single Damages | | $2,444.36 |
| 6. Prejudgment Interest   *(lines 3x4x5)* | | $62.68 |
| 7. Double or Treble Damages Awarded by Court *(where authorized by law)* | | $417.60 |
| 8. Costs | Filing Fee & Surcharge | $58.40 |
| 9. | Attorney Fees Awarded by Court *(where authorized by law)* | $0.00 |
| 10. | Other Costs Awarded by Court | $0.00 |
| 11. JUDGMENT TOTAL PAYABLE TO PLAINTIFF(S)   *(lines 5+6+7+8+9+10)* | | $2,983.04 |

| DATE JUDGMENT ENTERED<br>1/8/2004 | CLERK-MAGISTRATE/ASST. CLERK<br>X |
|---|---|

Date/Time Printed: 01/08/2004 03:09 PM                                                              FORM NO.

Mailed 1/13/04

| EXECUTION | DOCKET NUMBER<br>200323CV002883 | Trial Court of Massachusetts<br>District Court Department  |
|---|---|---|

CASE NAME  BAYSTATE MEDICAL CENTER vs. DIANE HARRINGTON

| JUDGMENT CREDITOR(S) IN WHOSE FAVOR EXECUTION IS ISSUED<br>P01   BAYSTATE MEDICAL CENTER | CURRENT COURT<br>Springfield District Court<br>50 State Street<br>Hall of Justice<br>Springfield, MA 01103-2002<br>(413) 735-6000 |
|---|---|
| JUDGMENT CREDITOR (OR CREDITOR'S ATTORNEY) WHO MUST ARRANGE SERVICE OF EXECUTION<br>P01  ALAN JAMES VANARIA<br>    GOLD & VANARIA, P.C.<br>    1350 MAIN ST. STE 1400<br>    SPRINGFIEL, MA 01103-1627 | FURTHER ORDERS OF THE COURT<br><br>A TRUE COPY, ATTEST<br>[signature]<br>ASSISTANT CLERK<br><br>COPY |
| JUDGMENT DEBTOR AGAINST WHOM EXECUTION IS ISSUED<br>D01  DIANE HARRINGTON<br>    47 TRINITY #3<br>    LYNN, MA | |

**TO THE SHERIFFS OF THE SEVERAL COUNTIES OR THEIR DEPUTIES, OR (SUBJECT TO THE LIMITATIONS OF G.L. c. 41 § 92) ANY CONSTABLE OF ANY CITY OR TOWN WITHIN THE COMMONWEALTH:**

The judgment creditor(s) named above has recovered judgment against the judgment debtor named above in the amount shown below.

**WE COMMAND YOU,** therefore, from out of the value of any real or personal property of such judgment debtor found within your territorial jurisdiction, to cause payment to be made to the judgment creditor(s) in the amount of the "Execution Total" shown below, plus additional postjudgment interest as provided by G.L. c. 235 § 8 on the "Judgment Total" shown below commencing from the "Date Execution Issued" shown below at the "Annual Postjudgment Interest Rate" shown below, and to collect your own fees, as provided by law. This Writ of Execution is valid for twenty years from the "Date Judgment Entered" shown below. It must be returned to the court, along with your return of service, within ten days after this judgment ...been satisfied or discharged, or after twenty years if this judgment remains unsatisfied or undischarged.

| 1. Judgment Total | $2,983.04 |
|---|---|
| 2. Date Judgment Entered | 01/08/2004 |
| 3. Date Execution Issued | 01/29/2004 |
| 4. Number of Days from Judgment to Execution *(Line 3 - Line 2)* | 21 |
| 5. Annual Postjudgment Interest Rate of 12.00% / 365 = Daily Interest Rate | 0.032877% |
| 6. Postjudgment Interest from Judgment to Execution *(Lines 1x4x5)* | $20.60 |
| 7. Postjudgment Costs *(if any)* | $0.00 |
| 8. Credits *(if any)* | $0.00 |
| 9. **EXECUTION TOTAL** *( Lines 1 + 6 + 7, minus Line 8)* | **$3,003.64** |
| LEVYING OFFICER:   (a) Add daily interest from date execution issued. | |
|                    (b) Add your fees as provided by law: | |

| TESTE OF FIRST JUSTICE<br>WITNESS:   Hon. Robert F. Kumor, Jr. | DATE EXECUTION ISSUED<br>01/29/2004 | CLERK-MAGISTRATE/ASST. CLERK<br>X  COPY |
|---|---|---|

Date/Time Printed:  01/29/2004 09:58 AM                                                                                  FORM NO.