UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

Civil Action No. 1:04-cv-11663-RCL

| | | |
|---|---|---|
| DIANE HARRINGTON, On Behalf of | ) | **STIPULATION OF PLAINTIFF** |
| Herself and All Others Similarly Situated, | ) | **DIANE HARRINGTON AND** |
| Plaintiff, | ) | **DEFENDANTS BAYSTATE** |
| | ) | **MEDICAL CENTER, INC. AND** |
| v. | ) | **BAYSTATE HEALTH SYSTEM, INC.** |
| | ) | **REGARDING THE DISMISSAL** |
| BAYSTATE MEDICAL CENTER, et al. | ) | **OF CLAIMS** |
| Defendants | ) | |

Plaintiff Diane Harrington and Defendants Baystate Medical Center, Inc. and Baystate

Health System, Inc. (collectively "Baystate") have conferred and, through counsel, hereby

stipulate to the dismissal of certain counts in the captioned complaint as follows:

1.      Plaintiff withdraws her opposition to the Motion to Dismiss of Defendants

Baystate Medical Center, Inc. and Baystate Health System Inc. ("Motion to Dismiss") as to

Count 4 (Breach of Charitable Trust); Count 6 (Violations of the Emergency Medical Treatment

and Active Labor Act); Count 11 (Violations of Federal Fair Debt Collection Practices Act); and

Count 12 (Violations of 42 U.S.C. § 1983 and the Fourteenth Amendment and Violations of the

Fifth Amendment of the United States Constitution) and agrees to the entry of an order

dismissing these counts with prejudice.

2.      Plaintiff withdraws her opposition to the Motion to Dismiss and agrees to the

entry of an order dismissing with prejudice Count 1 (Third-Party Breach of Contract) and Count

3 (Breach of Duty of Good Faith and Fair Dealing) to the extent that these counts are based on an

alleged contract between Baystate and the federal government pursuant to 26 U.S.C. §501(c)(3).

Plaintiff does not otherwise withdraw her opposition to the motion to dismiss these counts and

does not otherwise agree to dismiss these counts.

3.      Except as expressly set forth in this Stipulation, the parties do not waive the

positions they asserted in the Motion to Dismiss, Opposition to the Motion to Dismiss, and

supplemental papers filed in connection with the Motion to Dismiss.

4.      Each party will bear her or its own costs and fees associated with the claims to be

dismissed pursuant to this Stipulation.

Respectfully submitted,

| | |
|---|---|
| The Plaintiff | The Defendants |
| Diane Harrington, on behalf of | Baystate Medical Center, Inc. |
| herself and All Others Similarly | and Baystate Health System, Inc. |
| Situated, | By Their Attorneys: |
| By her Attorneys | |
| | |
| /s/ Thomas M. Greene | /s/ Francis D. Dibble, Jr. |
| Thomas M. Greene, Esq. | Francis D. Dibble, Jr. |
| BBO No. 210020 | BBO No. 123220 |
| Ilyas J. Rona, Esq. | J. Michael Scully |
| BBO No. 642964 | BBO No. 555460 |
| Greene & Hoffman, P.C. | Carol E. Kamm |
| 125 Summer Street, Suite 1410 | BBO No. 559252 |
| Boston, MA  02110 | Bulkley, Richardson and Gelinas, LLP |
| Tel: (617) 261-0040 | 1500 Main Street, Suite 2700 |
| Fax. (617) 261-3558 | Springfield, MA  01115 |
| | Tel.:  (413) 781-2820 |
| | Fax:  (413) 272-6804 |

Dated: March 30, 2005