IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DIANE HARRINGTON, On Behalf of ) <br> Herself and All Others Similarly Situated, ) <br> ) <br> Plaintiff ) <br> ) <br> vs. ) <br> ) <br> BAYSTATE MEDICAL CENTER, ) <br> BAYSTATE HEALTH SYSTEM, INC., ) <br> AMERICAN HOSPITAL ASSOCIATION, and ) <br> JOHN DOES 1 THROUGH 10. ) <br> ) <br> Defendants. ) <br> ) | Civil Action No.: 04-11663-RCL |

**ASSENTED-TO MOTION REQUESTING LEAVE FOR
RONALD J. ARANOFF TO APPEAR *PRO HAC VICE***

Ilyas J. Rona, a member of the bar of this Court and who has an appearance in this action ("Moving Counsel"), hereby moves, pursuant to District Court Local Rule 83.5.3(b), for the admission pro hac vice of Ronald J. Aranoff of the law firm Bernstein Liebhard & Lifshitz, LLP, 10 East 40th Street--28th Floor, New York, New York 10016 to represent the Plaintiff, Dianne Harrington, in this action. In support hereof, the Moving Counsel states as follows:

1.   Mr. Aranoff is associated with the firm Bernstein Liebhard & Lifshitz, LLP, which maintains an office for the practice of law at 10 East 40th Street--28th Floor, in New York, New York.

2.   Mr. Aranoff is a member in good standing in every jurisdiction in which he has been admitted to practice.

3.      There are no disciplinary proceedings pending against Mr. Aranoff as a member of the bar in any jurisdiction.

4.      Mr. Aranoff is familiar the Local Rules for the United States District Court for the District of Massachusetts.

5.      Mr. Aranoff represents similarly situated plaintiffs in similar actions against hospital entities in various actions around the country.  Mr. Aranoff is familiar with the legal issues in this case and has appeared before several courts to address the issues and arguments raised by the Defendants in this action.  For this reason, the undersigned counsel believes that Mr. Aranoff is in a substantially better position to fully address many of the legal issues and arguments that are now before this Court.

WHEREFORE, Moving Counsel respectfully requests that this Court enter an order allowing Ronald J. Aranoff of the law firm Bernstein Liebhard & Lifshitz, LLP to appear <u>pro hac vice</u> on behalf of the Plaintiff, Dianne Harrington, in all aspects of this action.

MOVING COUNSEL

Dated: March 31, 2005

/s/ Ilyas J. Rona
Ilyas J. Rona, Esq.
BBO No. 642964
Greene & Hoffman, P.C.
125 Summer Street, Suite 1410
Boston, MA 02110
Tel: (617) 261-0040
Fax: (617) 261-3558

2

CO-COUNSEL:

| | |
|---|---|
| John W. Crongeyer, GA Bar No. 197267 | Don Barrett, Esq. |
| Bryan A. Vroon, GA Bar No. 7298086 | Barrett Law Office |
| Vroon & Crongeyer, LLP | 404 Court Square North |
| 1230 Peachtree Street, Suite 2450 | P.O. Box 987 |
| Atlanta, Georgia 30309 | Lexington, Mississippi 39095 |
| Telephone: (404) 607-6710 | (662) 834-2376 |
| Facsimile: (404) 607-6711 | |

Keith M. Fleischman, KF-0199
Ronald J. Aranoff, RA-4690
Bernstein Liebhard & Lifshitz, LLP
10 East 40th Street, 22nd Floor
New York, NY 10016
Telephone: (212) 799-1414
Facsimile: (212) 799-3218

## CERTIFICATION PURSUANT TO LOCAL RULE 7.1

    I, Ilyas J. Rona, hereby certify that, pursuant to Local Rule 7.1, I have conferred with Carol E. Kamm, counsel for the Baystate Defendants, by telephone and was informed that the above motion was assented-to.

                                   /s/ Ilyas J. Rona
                                        Ilyas J. Rona

| | |
|---|---|
| Filename: | Motion pro hac aranoff |
| Directory: | F:\Case Files\Harrington\Pleadings |
| Template: | C:\WINNT\Profiles\staff\Application Data\Microsoft\Templates\Normal.dot |
| Title: | IN THE UNITED STATES DISTRICT COURT |
| Subject: | |
| Author: | |
| Keywords: | |
| Comments: | |
| Creation Date: | 3/31/05 4:04 PM |
| Change Number: | 4 |
| Last Saved On: | 3/31/05 4:09 PM |
| Last Saved By: | |
| Total Editing Time: | 7 Minutes |
| Last Printed On: | 3/31/05 4:26 PM |
| As of Last Complete Printing | |
|    Number of Pages: | 3 |
|    Number of Words: | 488 (approx.) |
|    Number of Characters: | 2,786 (approx.) |