



Law Offices
1500 Main Street, Suite 2700
Post Office Box 15507
Springfield, MA 01115-5507

Tel: (413) 781-2820
Fax: (413) 272-6804

Francis D. Dibble, Jr.
direct dial (413) 272-6246
fdibble@bulkley.com

March 31, 2005

<u>*Via Electronic Filing*</u>

The Honorable Reginald C. Lindsay
Judge of the United States District Court
 for the District of Massachusetts
c/o Lisa Hourihan, Courtroom Clerk
1 Courthouse Way
Boston, MA  02210

  RE: Diane Harrington, On Behalf of Herself and All Others Similarly Situated
     v. Baystate Medical Center, Inc., et al.
     C.A. No. 1:04-cv-11663-RCL

Dear Judge Lindsay:

  I write to provide the Court with a copy of a recent decision pertinent to issues to be addressed at the hearing on April 4, 2005.

  Attached hereto as Exhibits A-1 and A-2 is the Opinion and Order dated March 29, 2005 on the defendants' motions to dismiss in the consolidated cases of *Kolari v. New York-Presbyterian Hospital et al.*, 04 Civ. 5506 (S.D.N.Y.), *Barbour v. New York-Presbyterian Hospital et al.*, 04 Civ. 5733 (S.D.N.Y.), and *Eroglu v. New York-Presbyterian Hospital et al.*, 04 Civ. 7573 (S.D.N.Y.).  In this decision, the Court dismissed the plaintiffs' federal and state law claims with prejudice, having decided to exercise supplemental jurisdiction over the state law claims.

  In his March 18, 2005 letter, plaintiff's counsel, Thomas Greene, stated that a decision in favor of exercising supplemental jurisdiction over the state law claims is warranted here for a number of reasons.  For the reasons set forth in Mr. Greene's letter and in the *Kolari* opinion (at

BULKLEY, RICHARDSON AND GELINAS, LLP

The Honorable Reginald C. Lindsay
March 31, 2005
Page 2


pages 23-24), we agree that the exercise of supplemental jurisdiction over the state law claims in this case would be appropriate.

      Thank you.

                                  Very truly yours,

                                          /s/

                                  Francis D. Dibble, Jr.

FDD/ck
cc:    Thomas M. Greene, Esq., counsel for plaintiff
        Ilyas Rona, Esq., counsel for plaintiff
294170