UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

**DIANE HARRINGTON**

**V.**                                                            **CIVIL ACTION NO. 04-11663-RCL**

**BAYSTATE MEDICAL CENTER, ET AL**

**JUDGMENT OF DISMISSAL**

LINDSAY, D.J.

     In accordance with the Court's Order of April 4, 2005 allowing the motion to dismiss of the defendants, Judgment is hereby entered as follows: Judgment for the defendants Baystate Medical Center and Baystate Health System, Inc. dismissing this action.

April 6, 2005                                                            /s/ Lisa M. Hourihan
                                                                                     Deputy Clerk