UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

DIANE HARRINGTON, On Behalf of
Herself and All Others Similarly Situated,

        Plaintiff

v.                                 CASE NO. 04-11663-RCL

BAYSTATE MEDICAL CENTER,
BAYSTATE HEALTH SYSTEM, INC.,
AMERICAN HOSPITAL ASSOCIATION, and
JOHN DOES 1 THROUGH 10.

        Defendants

## NOTICE OF APPEAL

Notice is hereby given that Plaintiff, Diane Harrington, on behalf of Herself and All Others Similarly Situated above named, hereby appeals from the Judgment of Dismissal entered in the above entitled action on the 6th Day of April 2005.

        Attorney for Diane Harrington,

        /s/ Ilyas J. Rona
        Ilyas J. Rona, Esq., BBO No. 642964
        Greene & Hoffman, P.C.
        125 Summer Street, Suite 1410
        Boston, MA 02110
        Tel: (617) 261-0040
        Fax: (617) 261-3558

Dated: May 5, 2005