# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

USCA Docket Number:

USDC Docket Number : 04-cv-11663

Diane Harrington

v.

Baystate Medical Center, et al

## CLERK'S CERTIFICATE

I, Sarah A Thornton, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed documents as indicated on the certified copy of the docket and contained in Volume(s) I are the original pleadings and constitute the record on appeal in the above entitled case for the Notice of Appeal filed on 5/5/05.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on May 10, 2005.

Sarah A. Thornton, Clerk of Court

By: _____
Jeanette Ramos, Deputy Clerk

Receipt of the documents in the above entitled case is hereby acknowledged this date: 5-11-5 .

_____
Deputy Clerk, US Court of Appeals

Please complete the following information:

COURT OF APPEALS DOCKET NUMBER ASSIGNED: _____

[cv: apprec.] [cr: kapprec.]

APPEAL

# United States District Court
## District of Massachusetts (Boston)
## CIVIL DOCKET FOR CASE #: 1:04-cv-11663-RCL

Harrington v. Baystate Medical Center et al
Assigned to: Judge Reginald C. Lindsay
Cause: 42:1983 Civil Rights Act

Date Filed: 07/27/2004
Jury Demand: Plaintiff
Nature of Suit: 440 Civil Rights: Other
Jurisdiction: Federal Question

### Plaintiff

**Diane Harrington**
*On behalf of herself and all others similarly situated*

represented by **Ilyas J Rona**
Greene & Hoffman, P.C.
125 Summer St.
Suite 1410
Boston, MA 02110
617-261-0040
Fax: 617-261-3558
Email: irona@greenehoffman.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ronald Judah Aranoff**
Bernstein, Liebhard & Lifshitz, LLP
10 East 40th Street
New York, NY 10016
212-779-1414
Fax: 212-779-3218
Email: aranoff@bernlieb.com

*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**Thomas M. Greene**
Greene & Hoffman, P.C.
125 Summer Street
Suite 1410
Boston, MA 02110
617-261-0040
Fax: 617-261-3558
Email: tgreene@greenehoffman.com

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Baystate Medical Center**          represented by   **Carol E. Kamm**
Bulkley, Richardson & Gelinas LLP
One Post Office Square
Boston, MA 02109
617-292-2820
Fax: 617-292-0273
Email: ckamm@bulkley.com
*ATTORNEY TO BE NOTICED*

**Francis D. Dibble, Jr.**
Bulkley, Richardson & Gelinas
1500 Main Street
Suite 2700
PO Box 15507

Springfield, MA 01115-5507
413-272-6246
Fax: 413-272-6804
Email: fdibble@bulkley.com
*ATTORNEY TO BE NOTICED*

**J. Michael Scully**
Bulkley, Richardson & Gelinas
1500 Main Street
Suite 2700
Springfield, MA 01115-5507
413-781-2820
Fax: 413-747-0700
Email: mscully@bulkley.com

*ATTORNEY TO BE NOTICED*

**Defendant**

**Baystate Health System, Inc.,**   represented by   **Carol E. Kamm**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Francis D. Dibble, Jr.**
(See above for address)
*ATTORNEY TO BE NOTICED*

**J. Michael Scully**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**American Hospital**

Association

Defendant

John Does 1 through 10

| Date Filed | # | Docket Text |
|---|---|---|
| 07/27/2004 | 1 | COMPLAINT Filing fee: $ 150, receipt number 57560, filed by Diane Harrington. (Attachments: # 1) (Abaid, Kim) (Entered: 07/28/2004) |
| 07/27/2004 |  | If the trial Judge issues an Order of Reference of any matter in this case to a Magistrate Judge, the matter will be transmitted to Magistrate Judge Cohen. (Abaid, Kim) (Entered: 07/28/2004) |
| 07/27/2004 |  | Summons Issued as to American Hospital Association, Baystate Health System, Inc.,, Baystate Medical Center, John Does 1 through 10. (Abaid, Kim) (Entered: 07/28/2004) |
| 07/30/2004 | 2 | NOTICE of Appearance by Francis D. Dibble Jr. on behalf of Baystate Health System, Inc.,, Baystate Medical Center (Dibble, Francis) (Entered: 07/30/2004) |
| 08/03/2004 | 3 | NOTICE of Appearance by Carol E. Kamm on behalf of Baystate Health System, Inc.,, Baystate Medical Center (Kamm, Carol) (Entered: 08/03/2004) |
| 08/04/2004 | 4 | NOTICE of Appearance by J. Michael Scully on behalf of Baystate Health System, Inc.,, Baystate Medical Center (Scully, J.) (Entered: 08/04/2004) |
| 08/04/2004 | 5 | CORPORATE DISCLOSURE STATEMENT by Baystate Health System, Inc.,, Baystate Medical Center. (Dibble, Francis) (Entered: 08/04/2004) |
| 09/07/2004 | 6 | MOTION for Leave to File Excess Pages *(Special Action Requested)* by Baystate Health System, Inc.,, |

| | | |
|---|---|---|
| | | Baystate Medical Center.(Scully, J.) (Entered: 09/07/2004) |
| 09/09/2004 | 7 | MOTION to Dismiss by Baystate Health System, Inc.,, Baystate Medical Center.(Kamm, Carol) (Entered: 09/09/2004) |
| 09/09/2004 | 8 | MEMORANDUM in Support re 7 MOTION to Dismiss filed by Baystate Health System, Inc.,, Baystate Medical Center. (Attachments: # 1 Exhibit A# 2 Exhibit B)(Kamm, Carol) (Entered: 09/09/2004) |
| 09/09/2004 | 9 | STIPULATION re 6 MOTION for Leave to File Excess Pages *(Special Action Requested) Stipulation of Withdrawal* by Baystate Health System, Inc.,, Baystate Medical Center. (Kamm, Carol) (Entered: 09/09/2004) |
| 09/09/2004 | 10 | Plaintiff's MOTION to Stay Proceedings Pending Transfer to Multidistrict Litigation. by Diane Harrington. (Attachments: # 1 Exhibit A-B NOT SCANNED)(Stanhope, Don) (Entered: 09/10/2004) |
| 09/09/2004 | 11 | MEMORANDUM in Support of 10 MOTION to Stay Proceedings Pending Transfer to Multidistrict Litigation. filed by Diane Harrington. (Attachments: # 1 Exhibit 1-5 NOT SCANNED)(Stanhope, Don) (Entered: 09/10/2004) |
| 09/14/2004 | ● | Judge Reginald C. Lindsay : ORDER entered: granting 9 Stipulation of Withdrawal of Motion of Defendant's to File Memorandum in Excess of Twenty Pages. filed by Baystate Medical Center, Baystate Health System, Inc.,(Stanhope, Don) (Entered: 09/14/2004) |
| 09/14/2004 | ● | Motions terminated: 6 MOTION for Leave to File Excess Pages *(Special Action Requested)* filed by Baystate Medical Center, Baystate Health System, Inc.,. (Stanhope, Don) (Entered: 09/14/2004) |
| | | |

| | | |
|---|---|---|
| 09/16/2004 | 12 | Plaintiff's MOTION for Enlargement of Time to Respond to Motion to Dismiss of Defendant's Baystate Medical Center, Inc. and Baystate Health Systems, Inc. Pending Determination of Stay. by Diane Harrington.(Stanhope, Don) (Entered: 09/17/2004) |
| 09/22/2004 | 13 | Opposition re 12 MOTION for Extension of Time to File Response/Reply filed by Baystate Health System, Inc.,, Baystate Medical Center. (Kamm, Carol) (Entered: 09/22/2004) |
| 09/22/2004 | 14 | Opposition re 10 MOTION to Stay filed by Baystate Health System, Inc.,, Baystate Medical Center. (Attachments: # 1 Exhibit A# 2 Exhibit B-1# 3 Exhibit B-2# 4 Exhibit B-3)(Kamm, Carol) (Entered: 09/22/2004) |
| 09/23/2004 | 15 | Plaintiff's Opposition to Defendant Baystate Medical Center, Inc. and Baystate Health Systems, Inc's 7 MOTION to Dismiss filed by Diane Harrington. (Stanhope, Don) (Entered: 09/24/2004) |
| 09/23/2004 | 16 | Assented to MOTION for Leave to File Brief in Excess of Twenty Pages by Diane Harrington. (Stanhope, Don) (Entered: 09/24/2004) |
| 09/24/2004 | 17 | Assented to MOTION to Supplant Plaintiff's Opposition to 7 MOTION to Dismiss of Defendants Baystate Medical Center, Inc. and Baystate Health Systems, Inc. by Diane Harrington.(Stanhope, Don) (Entered: 09/27/2004) |
| 10/17/2004 | | Judge Reginald C. Lindsay : electronic ORDER entered finding as moot 12 Plaintiff's Motion for Extension of File Response/Reply to Motion to Dismiss. (Lindsay, Reginald) (Entered: 10/17/2004) |
| 10/17/2004 | | Judge Reginald C. Lindsay : electronic ORDER entered granting 16 Assented to MOTION for Leave to File Brief in Excess of Twenty Pages by Diane Harrington and 17 Assented to MOTION to Supplant |

| | | |
|---|---|---|
| | | Plaintiff's Opposition to 7 MOTION to Dismiss of Defendants Baystate Medical Center, Inc. and Baystate Health Systems, Inc. by Diane Harrington (Lindsay, Reginald) (Entered: 10/17/2004) |
| 10/18/2004 | 18 | Supplanted Opposition to 7 Defendant's MOTION to Dismiss filed by Diane Harrington. (Stanhope, Don) (Entered: 10/19/2004) |
| 10/25/2004 | 19 | Letter/request (non-motion) from Carol Kamm. (Attachments: # 1 MDL 10-19-04 Order# 2 Schedule A to MDL 10-19-04 Order)(Kamm, Carol) (Entered: 10/25/2004) |
| 11/02/2004 | | Judge Reginald C. Lindsay : Electronic ORDER entered finding as moot 10 Motion to Stay (Hourihan, Lisa) (Entered: 11/02/2004) |
| 11/08/2004 | 20 | ANSWER to Complaint by Baystate Health System, Inc.,, Baystate Medical Center.(Kamm, Carol) (Entered: 11/08/2004) |
| 01/24/2005 | 21 | NOTICE by Diane Harrington *of Supplemental Authority* (Rona, Ilyas) (Entered: 01/24/2005) |
| 02/03/2005 | 22 | MOTION for Leave to File *Reply to Plaintiff's Opposition to Motion to Dismiss and to Plaintiff's Notice of Supplemental Authority (Assented to)* by Baystate Medical Center, Baystate Health System, Inc.,. (Attachments: # 1 Proposed Reply# 2 Exhibit Reply Ex. A# 3 Exhibit Reply Ex. A-Ex. 1# 4 Exhibit Reply Ex. A-Ex. 2# 5 Exhibit Reply Ex. A - Ex. 3# 6 Exhibit Reply Ex. A - Ex. 4# 7 Exhibit Reply Ex. A - Ex. 5# 8 Exhibit Reply Ex. a - Ex. 6# 9 Exhibit Reply Ex. A - Ex. 7# 10 Exhibit Reply Ex. A - Ex. 8-1# 11 Exhibit Reply Ex. A - Ex. 8-2# 12 Exhibit Reply Ex. A - Ex. 9# 13 Exhibit Reply Ex. A - Ex. 10# 14 Exhibit Reply Ex. A - Ex. 11# 15 Exhibit Reply Ex. A - Ex. 12# 16 Exhibit Reply Ex. A - Ex. 13# 17 Exhibit Reply Ex. B - Voluntary Dismissals# 18 Exhibit Reply |

| | | |
|---|---|---|
| | | Ex. C)(Kamm, Carol) (Entered: 02/03/2005) |
| 02/15/2005 | | Judge Reginald C. Lindsay : Electronic ORDER entered granting 22 Motion for Leave to File A Reply to Plaintiff's Opposition to Motion to Dismiss and to Plaintiff's Notice of Supplemental Authority. (Stanhope, Don) (Entered: 02/15/2005) |
| 02/15/2005 | 23 | Defendant's REPLY to Plaintiff's Opposition to Motion to Dismiss and to Plaintiff's Notice of Supplemental Authority. filed by Baystate Medical Center, Baystate Health System, Inc.,. (Attachments: # 1 Exhibit A# 2 Exhibit 1# 3 Exhibit 2# 4 Exhibit 3# 5 Exhibit 4# 6 Exhibit 5# 7 Errata 6# 8 Errata 7# 9 Exhibit 8# 10 Exhibit 9# 11 Exhibit 10# 12 Exhibit 11# 13 Exhibit 12# 14 Exhibit 13# 15 Exhibit B# 16 Exhibit C)(Stanhope, Don) (Entered: 02/15/2005) |
| 02/15/2005 | 24 | AMENDED DOCUMENT by Diane Harrington. *Amended Notice of Supplemental Authority (Attaching Inadvertently Omitted Decision)*. (Attachments: # 1 Exhibit A)(Greene, Thomas) (Entered: 02/15/2005) |
| 02/24/2005 | | NOTICE of Hearing on Motion 7 MOTION to Dismiss: Motion Hearing set for 4/4/2005 03:00 PM in Courtroom 11 before Judge Reginald C. Lindsay. Be advised, however, that this hearing date is subject to cancellation on forty-eight hours' notice if the court determines for any reason that the hearing will be unnecessary.(Hourihan, Lisa) (Entered: 02/24/2005) |
| 03/18/2005 | 25 | Letter/request (non-motion) from Thomas M. Greene. (Rona, Ilyas) (Entered: 03/18/2005) |
| 03/23/2005 | 26 | *Response* Letter/request (non-motion) from Francis D. Dibble, Jr.. (Dibble, Francis) (Entered: 03/23/2005) |
| 03/30/2005 | 27 | Assented to MOTION to Dismiss *Certain Counts* by Diane Harrington.(Greene, Thomas) (Entered: 03/30/2005) |
| | | |

| | | |
|---|---|---|
| 03/31/2005 | | Judge Reginald C. Lindsay : Electronic ORDER entered terminating 27 Assented to Motion to Dismiss Certain Counts (Stanhope, Don) (Entered: 03/31/2005) |
| 03/31/2005 | 28 | STIPULATION *of Plaintiff Diane Harrington and Defendants Baystate Medical Center, Inc. and Baystate Health System, Inc. Regarding the Dismissal of Claims* by Baystate Medical Center, Baystate Health System, Inc.,. (Kamm, Carol) (Entered: 03/31/2005) |
| 03/31/2005 | 29 | Assented to MOTION for Leave to Appear Pro Hac Vice by Ronald J. Aranoff by Diane Harrington. (Rona, Ilyas) (Entered: 03/31/2005) |
| 03/31/2005 | 30 | Letter/request (non-motion) from Francis D. Dibble, Jr.. (Attachments: # 1 # 2)(Dibble, Francis) (Entered: 03/31/2005) |
| 04/01/2005 | | Judge Reginald C. Lindsay : Electronic ORDER entered granting 29 Assented to Motion for Leave to Appear Pro Hac Vice Added Ronald Judah Aranoff for Diane Harrington (Stanhope, Don) (Entered: 04/01/2005) |
| 04/04/2005 | | Judge Reginald C. Lindsay : Electronic ORDER entered granting 7 MOTION to Dismiss by Baystate Health System, Inc., Baystate Medical Center. Counts I, IV, VI, XI, and XII have been withdrawn by the plaintiff and are dismissed with prejudice. All of the remaining counts of the plaintiff against Baystate Medical Center are dismissed with prejudice on the grounds of res judicata. The plaintiff's claims asserted against Baystate Health Systems, Inc., in counts II, III, V, and VII are dismissed without prejudice, provided that the plaintiff can cure the deficiencies identified by the court in those counts. The reasons for these rulings were stated at the hearing. Count X is dismissed for failure of the plaintiff to serve defendant American Hospital Association. Although the court stated that it |

| | | |
|---|---|---|
| | | would not exercise supplemental jurisdiction over Counts VIII and IX, it is not clear that, having exercised such jurisdiction over all other state counts, the court can now decline jurisdiction over counts VIII and IX. Accordingly, the court dismisses counts VIII and IX without prejudice. (RCL, law2) (Entered: 04/04/2005) |
| 04/04/2005 | | Electronic Clerk's Notes for proceedings held before Judge Reginald C. Lindsay : Motion Hearing held on 4/4/2005 re 7 MOTION to Dismiss by Baystate Health System, Inc.,, Baystate Medical Center. The court granted the motion for the reasons stated at the hearing. (Court Reporter D. Joyce.) (RCL, law2) (Entered: 04/04/2005) |
| 04/06/2005 | 31 | Judge Reginald C. Lindsay : ORDER entered. JUDGMENT in favor of defendants against plaintiff in accordance with the Court's order dated 4/4/05 (Hourihan, Lisa) (Entered: 04/06/2005) |
| 05/05/2005 | 32 | NOTICE OF APPEAL as to 31 Judgment by Diane Harrington. $ 255 NOTICE TO COUNSEL: A Transcript Report/Order Form, which can be downloaded from the First Circuit Court of Appeals web site at http://www.ca1.uscourts.gov/clerks/transcript.htm MUST be completed and submitted to the Court of Appeals. Appeal Record due by 5/25/2005. (Rona, Ilyas) (Entered: 05/05/2005) |