# United States Court of Appeals
## For the First Circuit

No.   05-1707

# MANDATE

DIANE HARRINGTON, On Behalf of Herself and all Others Similarly Situated

Plaintiff - Appellant

v.

BAYSTATE MEDICAL CENTER; BAYSTATE HEALTH SYSTEM, INC.; AMERICAN HOSPITAL ASSOCIATION; JOHN DOES 1 THRU 10

Defendants - Appellees

### JUDGMENT

Entered: September 21, 2005

Upon consideration of appellant's assented-to motion,

It is hereby ordered that this appeal be voluntarily dismissed pursuant to Fed. R. App. P. 42(b) with each party to bear its own costs.

Mandate to issue forthwith.

By the Court:
Richard Cushing Donovan, Clerk

**Certified and Issued as Mandate under Fed. R. App. P. 41.**

Richard Cushing Donovan, Clerk

_____
Deputy Clerk
Date: 9/21/05

By: **JULIE GREGG**
_____
Julie Gregg, Operations Manager

[cc: Ilyas J Rona, Thomas M. Greene, Michael A Tabb, Ronald J. Aranoff, Carol E. Kamm, Esq., J. Michael Scully, Esq., Francis D. Dibble, Esq.]